606

389 A.2d 679

Commonwealth v. Hancock, Appellant.

Submitted April 11, 1977. Stephen A. Tetuan, for appellant; Shad Connelly, Assistant District Attorney, and Robert H. Chase, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 679

Commonwealth v. Harmon, Appellant.

Submitted March 30, 1977. Lynne D. Miller, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Denis P. Cohen, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.